IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET#

U.S. DISTRICT COURT
WESTERN DIST. OF WISCONSIN

MAR 21 2008

FILED
THERESA M. OWENS, CLERK
CASE#

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-C-0209-C |
| | ) |
| CONNIE J. WALD, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| WELLS FARGO SHAREOWNER | ) |
| SERVICES, | ) |
| | ) |
| Garnishee Defendant. | ) |
| | ) |
| | ) |

## ORDER DISMISSING GARNISHMENT

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter for the reason set forth therein,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this 20th day of March , 2008.

BY THE COURT:

Barbara B. Crabb

Barbara B. Crabb
United States District Judge